UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA L. HOFFMAN,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

Case No.  4:06-CV-68

Hon. Gordon J. Quist

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on June 11, 2007.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 11, 2007, is approved and adopted as the opinion of the court.  The Commissioner's decision is **reversed and remanded** pursuant to sentence four of 42 U.S.C. § 405(g) to allow the ALJ to articulate his reasons for rejecting the opinions expressed by Drs. Mediratta and Sharma on a basis other than the fact that they examined plaintiff on a single occasion. In addition, the ALJ should identify plaintiff's severe impairments with the appropriate listings and link his findings with respect to the "B" and "C" criteria applicable to those listings.

This case is **concluded**.

Dated:  July 6, 2007

                                                                             /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE